# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-0145 AG (ANx) | Date | February 1, 2013 |
|---|---|---|---|
| Title | BANK OF AMERICA, N.A. v. RENE ZEPEDA, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

**Proceedings:**    [IN CHAMBERS] ORDER TO SHOW CAUSE RE REMAND TO STATE COURT

On January 29, 2013, this action was removed to this Court under 28 U.S.C. § 1441 and 1446. But removal appears to be improper for reasons including the following:

1. Removing party has not alleged when the first defendant to be served was served.

2. Removing party has not alleged when each served defendant was served.

Accordingly, the Court orders Defendant(s) to show cause in writing by February 15, 2013, why this action should not be remanded. Plaintiff(s) may submit a response by February 22, 2013. The Clerk shall serve this minute order on all parties to the action.

                                                                    :   0

Initials of Preparer